[No. 34601-6-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE SERGENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05861-2, Richard M. Ishikawa, J., entered April 14, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 34766-7-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL RICHARD PULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00265-6, James H. Allendoerfer, J., entered June 29, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Webster, JJ.

[No. 34777-2-I. Division One. April 29, 1996.]

JAMES M. MULLENS, ET AL., *Appellants*, v. JAMES E. MONTGOMERY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-24285-1, Charles W. Mertel, J., entered May 16, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.